■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD E. HICKSON, Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Bracken, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PEPE HOUSTON, Appellant.

The evidence proved beyond a reasonable doubt that the defendant committed the acts for which he was convicted *(see,* Penal Law § 165.05 [1]; § 140.00 [5]; *People v Malizia,* 62 NY2d 755, *cert denied* 469 US 932; *People v Contes,* 60 NY2d 620, 621). Thompson, J. P., Bracken, Eiber and Spatt, JJ., concur.